

Richard A. Braden | Partner
Direct 716.566.5436 | rbraden@goldbergsegalla.com

October 26, 2022

Hon. Lawrence J. Vilardo
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

    **Re:**    **Ortiz v. Original Footwear Manufacturing BR, LLC**
            **C/A No.:  1:22-cv-00709-LJV**

Dear Judge Vilardo:

    We have been retained to represent the Defendant, Original Footwear Manufacturing BR, LLC in the above-referenced action, and hereby request an extension of time to file a response to the Plaintiff's complaint from November 3, 2022 to December 2, 2022. The extension of time will allow counsel for the parties an opportunity to discuss, among other things, whether and to what extent the action may be voluntarily resolved.

    We have conferred with Plaintiff's counsel, Jeffrey M. Gottlieb, Esq., and he does not object to this request for an extension of time to file a response to Plaintiff's complaint.

    Thank you for your consideration and attention to our request.

                Very truly yours,

                Richard A. Braden

RAB:rlc

cc:    Jeffrey M .Gottlieb, Esq
       (Via ECF)

34551602.v1