UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOSEPH ORTIZ, ON BEHALF OF HIMSELF AND
ALL OTHER PERSONS SIMILARLY SITUATED,

                Plaintiffs,

                v.

ORIGINAL FOOTWEAR MANUFACTURING BR, LLC,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-709

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), JOSEPH ORTIZ, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, ORIGINAL FOOTWEAR MANUFACTURING BR, LLC, with prejudice and without fees and costs.

Dated: New York, New York
         January 4, 2023

                                            **GOTTLIEB & ASSOCIATES**

                                            _/s/Michael A. LaBollita, Esq._

                                     Michael A. LaBollita, Esq., (ML-9985)
                                           150 East 18th Street, Suite PHR
                                                       New York, NY 10003
                                                         Phone: (212) 228-9795
                                                             Fax: (212) 982-6284
                                                         Michael@Gottlieb.legal

                                             _Attorneys for Plaintiffs_

SO ORDERED:

_____
United States District Court Judge